Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

                    Plaintiff(s),

v.

Raymond A. Grinsell,

                    Defendant(s).

Case No: 3:14-cr-00534

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William L. Taylor, an active member in good standing of the bar of District Court of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Raymond A. Grinsell in the above-entitled action. My local co-counsel in this case is Louis Feuchtbaum, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Sideman & Bancroft LLP<br>1999 Broadway #4300, Denver CO 80202 | Sideman & Bancroft LLP<br>One Embarcadero #2200, San Francisco CA 94111 |
| My Telephone # of Record:<br>(415) 392-1960 | Local Co-Counsel's Telephone # of Record:<br>(415) 392-1960 |
| My Email Address of Record:<br>wtaylor@sideman.com | Local Co-Counsel's Email Address of Record:<br>lfeuchtbaum@sideman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 21098.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/15/15

                                             William L. Taylor
                                                  APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William L. Taylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: Janaury 16, 2015

                                          UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

PRO HAC VICE APPLICATION & ORDER                                     *October 2012*



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## WILLIAM LEWIS TAYLOR

was admitted to practice in this court on
June 9, 2000
and is in good standing with no disciplinary history.

Dated: January 15, 2015

_Jeffrey P. Colwell_
Jeffrey P. Colwell, Clerk