1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 USA,

Plaintiff,

v.

JOSEPH J. GIRAUDO,

Defendant.

Case No.3:14-cr-00534-CRB-1, 2 and 3
Related:
CR13-0246-1 CRB
CR13-0587-1 CRB

**NOTICE OF SENTENCING**

The Court has set the sentencings of the following defendants:

    Joseph J. Giraudo - May 8, 2018 at 9:00 a.m.

    Raymond A. Grinsell - May 8, 2018 at 10:30 a.m.

    Kevin B. Cullinane - May 8, 208 at 1:00 p.m.

    Daniel Rosenbledt - May 8, 2018 at 2:30 p.m.

    Mohammed Rezaian - May 8, 2018 at 3:30 p.m.

The sentencing dates of the remaining defendants will be set soon thereafter by Order of the Court. Any defendant and/or his counsel may, but is not required to, attend the sentencing hearings on May 8, 2018.

**IT IS SO ORDERED.**

Dated: May 7, 2018

CHARLES R. BREYER
United States District Judge